**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: April 21, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07319

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-32940-SSC |
| Verlin Lee Vink and Carrie Bea Vink <br>        Debtors. | Chapter 7 |
| U.S. Bank, National Association <br>        Movant, <br> vs. | ORDER <br><br> (Related to Docket #46) |
| Verlin Lee Vink and Carrie Bea Vink, Debtors, Roger W. Brown, Trustee. <br><br>        Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 4, 2002 and recorded in the office of the Clark County Recorder wherein U.S. Bank, National Association is the current beneficiary and Verlin Lee Vink and Carrie Bea Vink have an interest in, further described as:

> The West 177.37 feet of Lot 49, MARICOPA GARDEN HOMES, according to Book 11 of Maps, page 38 records of Maricopa County, Arizona; EXCEPT the South 33 feet thereof; and EXCEPT the North 992.91 feet thereof; and EXCEPT 1/2 interest in all oil and mineral rights as reserved in Deed recorded January 17, 1939 in Book 330 of Deeds, page 153.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.